AO 239 (Rev. 1/15) (INND Rev. 8/16)                                                                page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners who cannot afford to pay the filing fee when filing a new case or notice of appeal.*
*If you are a prisoner, you need a different form.]*

Ronald Fields

*[Type or neatly print in ink your full name. If more than*
*one PLAINTIFF, each must file a separate form.]*

v.

Reggie Nevels    Sheriff Dept a\le

*[Put the name of the first DEFENDANT on this line.]*

FILED
DEC 02 2019
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number ___3:19-cv-1139___

*[For a new case in this court, leave blank.*
*The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption.*
*Once you know your case number, it is VERY IMPORTANT that you include it on everything you send*
*to the court for this case. DO NOT send more than one copy of anything to the court.]*

## MOTION TO PROCEED IN FORMA PAUPERIS

1. Are you employed? ⊘ No.

   ◯ Yes, my gross earnings (before deductions for taxes, etc.) are: $ ___⊘___ per month.

2. Are you married? ⊘ No.

   ◯ Yes, spouse's gross earnings (before deductions for taxes, etc.) are: $ ___⊘___ per month.

3. Have you (and spouse if married) received money from any other source in the past 12
   months? ⊘ No.

| ◯ Yes.    From where? | How often? | How much? |
|---|---|---|
| Friends | where They can | 1 Month |
|  |  |  |
|  |  |  |
|  |  |  |

4. If you have no income listed above, explain how you (and spouse, if married) obtain food,
   clothing, shelter, and other necessities of basic living. Family and friends
   I receritly lost everything in a house
   fire

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

AO 239 (Rev. 1/15) (INND Rev. 8/16)

page 2

5. How much money do you (and spouse, if married) have? $ _____Ø_____.
   [*Include cash on hand and deposits in accounts.*]

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and other valuable property or investments? $ _____Ø_____.

7. How many children under 18 years of age do you (and spouse, if married) support: _____3_____.
   [*Include children who live in your household or for whom you pay child support.*]

8. List any adult you support:

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

9. Please provide any other information that should be considered in evaluating your motion.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed without pre-payment of court fees and costs. I declare under penalty of perjury that all of my statements in this motion are true.

_____Ronald Fields_____        _____11-26-19_____
Signature                                    Date

[*I DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]